IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMANTEC CORPORATION,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )   C.A. No. 16-1176 (SLR)<br>)<br>ZSCALER, INC.,   )<br>)<br>Defendant.   ) | |

## NOTICE OF SUBSEQUENT AUTHORITY

Pursuant to D. Del. LR 7.1.2(b), Plaintiff Symantec Corporation submits Judge Orrick's opinion in *Finjan, Inc. v. Sophos, Inc.*, No. 14-1197 (N.D. Cal. Mar. 14, 2017) (Ex. A) as supplemental authority in support of its opposition to Defendant Zscaler, Inc.'s Motion to Dismiss for Failure to State a Claim Pursuant to 35 U.S.C. § 101 (D.I. 18). This opinion is particularly relevant to the arguments Symantec made in its opposition regarding the inventive concepts present in the claims of the '959 Patent, the '227 Patent, and the '116 Patent. *See* Ex. A at pp. 44–62.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiff Symantec Corporation*

- 2 -

OF COUNSEL:

Kurt Pankratz
Chad Walters
Christa Brown-Sanford
Katie Juffa
Harrison Rich
Clarke Stavinoha
BAKER BOTTS LLP
2001 Ross Avenue
Dallas, TX  75201

Jennifer C. Tempesta
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY  10112
(212) 408-2571

March 17, 2017
10896466

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 17, 2017, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>David M. Fry, Esquire<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>*Attorneys for Defendant Zscaler, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert A. Van Nest, Esquire<br>Leo L. Lam, Esquire<br>Matthew M. Werdegar, Esquire<br>Justina Sessions, Esquire<br>Corey A. Johanningmeier, Esquire<br>Grace Yang, Esquire<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA  94111<br>*Attorneys for Defendant Zscaler, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*
Jeremy A. Tigan (#5239)