IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMANTEC CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-1176 (SLR)(SRF) |
| | ) |
| ZSCALER, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SUBSEQUENT AUTHORITY**

Pursuant to D. Del. LR 7.1.2(b), Plaintiff Symantec Corporation submits the attached order from *Godo Kaisha IP Bridge 1 v. OmniVision Technologies, Inc.*, No. 16-290-SLR (D. Del. Mar. 29, 2017) (Ex. A) as subsequent authority in support of its opposition to Defendant Zscaler, Inc.'s Motion to Transfer Venue Under 28 U.S.C. § 1404(a) (D.I. 11). In this order, Judge Robinson states:

> It should be evident from my prior decisions that motions to transfer are generally denied in my cases, so long as at least two evidentiary bases are established: defendant is a Delaware corporation or limited liability company (*i.e.*, it has accepted the benefits of organizing under the laws of the State of Delaware), and it does business on a national scale, including in Delaware.

Ex. A, ¶ 4 (citations omitted). Here, it is undisputed that Zscaler is a Delaware corporation (D.I. 12 at 1, 3; D.I. 16 at 1, 10) and does business on a national scale, including in Delaware (D.I. 16 at 1–2, 8 (citing Exs. 2–5, 7); D.I. 21 at 3).

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Jeremy A. Tigan*
                        Jack B. Blumenfeld (#1014)
                        Jeremy A. Tigan (#5239)
                        1201 North Market Street
                        P.O. Box 1347
                        Wilmington, DE 19899-1347
                        (302) 658-9200
                        jblumenfeld@mnat.com
                        jtigan@mnat.com

                        *Attorneys for Plaintiff Symantec Corporation*

OF COUNSEL:

Kurt Pankratz
Chad Walters
Christa Brown-Sanford
Katie Juffa
Harrison Rich
Clarke Stavinoha
BAKER BOTTS LLP
2001 Ross Avenue
Dallas, TX 75201

Jennifer C. Tempesta
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-2571

March 31, 2017
10935362

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 31, 2017, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>David M. Fry, Esquire<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>*Attorneys for Defendant Zscaler, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert A. Van Nest, Esquire<br>Leo L. Lam, Esquire<br>Matthew M. Werdegar, Esquire<br>Justina Sessions, Esquire<br>Corey A. Johanningmeier, Esquire<br>Grace Yang, Esquire<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>*Attorneys for Defendant Zscaler, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*
Jeremy A. Tigan (#5239)